**UNITED STATES COURT OF INTERNATIONAL TRADE**      **FORM 3**

| | |
|---|---|
| **SUZANO S.A. (FORMERLY KNOWN AS SUZANO PAPEL E CELULOSE S.A.),** **Plaintiff**, v. **UNITED STATES,** **Defendant.** | Court. No. 21-00069 **S U M M O N S** |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 158(c) to contest the determination described below.



　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

---

1. Suzano S.A. (formerly known as Suzano Papel e Celulose S.A.)("Suzano") is a foreign producer and exporter of certain uncoated paper from Brazil. Suzano was a respondent in the administrative review that is the subject of this action and is an interested party within the meaning of section 771(9)(A) of the Tariff Act of 1930, *as amended*, 19 U.S.C. § 1677(9)(A), and has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiffs)

2. Suzano contests certain aspects of the final results issued by the U.S. Department of Commerce, International Trade Administration, in its third administrative review of the antidumping duty order on certain uncoated paper from Brazil, Case No. A-351-842, for the period March 1, 2018 through February 28, 2019.

   (Brief description of contested determination)

3. January 27, 2021.
   (Date of determination)

4.  <u>January 27, 2021 (86 Fed. Reg. 7254).</u>
    (If applicable, date of publication in Federal Register of notice of contested determination)

    Respectfully submitted,

    /s/ Craig A. Lewis
    Craig A. Lewis, Esq.
    Nicholas W. Laneville, Esq.

    HOGAN LOVELLS US LLP
    Columbia Square
    555 Thirteenth Street, N.W. Washington, DC 20004-1109
    (202) 637-5600
    craig.lewis@hoganlovells.com

    *Counsel to Suzano S.A. (formerly known as Suzano Papel e Celulose S.A.)*

Date:  February 24, 2021